*In re* THOMAS EVANS, *Petitioner.*

No. 15,888.    (97 Pac. 1134.)

Original proceeding in *habeas corpus*. Opinion filed October 10, 1908. Writ denied.

*E. N. Smith,* for petitioner.

*Fred S. Jackson,* attorney-general, *John S. Dawson,* assistant attorney-general, and *C. L. Aikman,* county attorney, for respondent.

*Per Curiam:* The purpose of the petitioner is to have this court review the action of a justice of the peace binding him over to the district court to answer a felony charge. There is evidence from which a justice might fairly conclude that the petitioner made an assault with the intent charged. The proceedings are regular, and the facts ought to be investigated before a jury.

The writ is denied.

---

THE STATE OF KANSAS V. HENRY SWANZY.

No. 15,929.    (97 Pac. 1134.)

Appeal from Ness district court; CHARLES E. LOBDELL, judge. Opinion filed October 10, 1908. Affirmed.

*Fred S. Jackson,* attorney-general, and *A. W. Wilson,* county attorney, for The State.

*G. Polk Cline,* and *H. S. Rogers,* for appellant.

*Per Curiam:* Appellant was convicted of the larceny of a hog. It is conceded that there was no error in the court's rulings or in the instructions, and the only ground urged for a reversal is that the evidence was insufficient to identify the property stolen or to connect the appellant with the offense. We have carefully examined the record, and in our opinion there was no lack of evidence to identify the butchered animal with the one stolen. While the evidence connecting the appellant with the crime was wholly circumstantial, we think it fully warranted the verdict of the jury and the judgment rendered thereon. The judgment is affirmed.